Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central district of Califonia 

Western Division



FILED
CLERK, U.S. DISTRICT COURT
4/3/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

|  |  |
|---|---|
| Krystal Celedon | Case No. CV23-2517-JFW(AFMx) |
|  | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Rebecca Rostamakani | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Krystal Celedon |
| Street Address | 3920 Westlin ave |
| City and County | Sherman Oaks |
| State and Zip Code | CA 91423 |
| Telephone Number | 8182879178 |
| E-mail Address | krystalceledon32@gmail.com |

    **B.    The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Rebecca Rostamakani |
| Job or Title *(if known)* | |
| Street Address | 18069 Anne's circle #202 |
| City and County | Santa Clarita |
| State and Zip Code | CA 91387 |
| Telephone Number | 8183855356 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1341 - Frauds and swindles

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Krystal Celedon, is a citizen of the State of *(name)* Califonia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Rebecca Rostamakani, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$2,150,000.00 Appraisal value as of 03/22/2023

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The Defendant posed as someone that she is not in a state court claiming to reside in the plaintiff's home as the plaintiff's fiance's live in girlfriend, obtaining a domestic violence restraining order in order to force the plaintiff from the property. The fiance was arrested for violation of a domestic violence restraining order. After his arrest the defendant confessed to the plaintiff that there is no "Dakota Derian" that she had posed as this person for the purposes of having him removed from his home.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

3/22/2023 When Defendant came to the property claiming to be Dakota and had the police serve the Plaintiff's fiance,

3/23/2023 An annonymous call was made to the police department reporting that the Fiance was at his own house, against the court order demanding he move out of it. The police arrived and arrested him and took him into custody. Without bail

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant confessed while mocking Plaintiff, in front of several people
Defendant forced Plaintifff out of her home, by use of intimidation and threats
Defendant posed as a victim of domestic violence in order to obtain a D.V. Restraining order against Plaintiff's fiance Elias MorJong in order to have him removed from his home, that he owns
Defendant has since disposed of all of the Plaintiff's and the Plaintiff's fiance's personal belongings from within their home, and is engaged in a short sale of the property.
Plaintiff's fiance is the rightful owner of the property
Defendant is now attempting to sell the Plaintiff's home and she is not an owner or even a resident of the property.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetay damages at a later time, would be moot in this instance. People commiting these types of acts do not have normal jobs and never have money saved up, so even with a judgement awarding some form of compensation for the loss now, it will never be able to be enforced. Elais was arrested and is still currently being held by the Los Angeles court system durring which time, the Defendant has disposed of all of his property, clothes, and personal effex and began trafficing through his home, that Defendant is now attempting to sell the property assumably before Elias is released, selling his home that has been in his family for years and was passed down to him free and clear and the Defendant is now engaged in a short sale of the home in order to maxamize the money she would receive by stripping the equity from it.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks that the court terminates the CA temporary Domestic Violence restraining order filed by Dakota Derian, a.k.a. the Defendant.  23VER000462
The Plaintiff asks that the title be locked, to stay any potential fraudulent change of ownership
That Elias be released from custody and that an investigation be ordered on the Defendant and her various cases of forgery and frausd and misrepresentation of identity to the courts themselfs.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/03/2023

Signature of Plaintiff

Printed Name of Plaintiff: Krystal Celedon

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address